# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

NEXT INNOVATIONS, LTD.,                Civil No. 05-1217 (JRT/RLE)

        Plaintiff,

                                                **ORDER**

vs.

IRON STOP, INC.,
AND RON SPINKS,

        Defendants.

     Kurt J. Niederluecke and S. Jamal Faleel, **FREDRIKSON & BYRON, P.A.**, 200 South Sixth Street, Suite 4000, Minneapolis, Minnesota 55402-1425, for plaintiff.

     Dean C. Eyler, **GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA**, 80 South Eighth Street, Suite 500, Minneapolis, Minnesota 55402, for defendants.

     Kimberly A. Elkjer and Robert M. Millimet, **SCHEEF & STONE, LLP**, 5956 Sherry Lane, Suite 1400, Dallas, Texas 75225, for defendants.

     Based upon the Report and Recommendation of United States Chief Magistrate Judge Raymond L. Erickson, and after an independent review of the files and records in this case, and on the fact that no objections have been filed to the Report and Recommendation,

**IT IS HEREBY ORDERED** that:

     The plaintiff's motion to dismiss the defendants' counterclaims [Docket No. 26] is DENIED.

DATED: February 13, 2006
at Minneapolis, Minnesota                                        s/John R. Tunheim
                                                                        JOHN R. TUNHEIM
                                                        United States District Judge